USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KAO-SUN LIU A/K/A K.S. LIU, and GINA
HIU-HUNG LIU A/K/A HUI-HUNG
SIE A/K/A GINA LUI,

                Petitioners,

    -v-

HUGH MO, ESQ. and THE LAW FIRM OF
HUGH H. MO, P.C.,

                Respondents.
------------------------------------------------------------x

**ORDER**

17-CV-2184 (RMB)

The parties submitted a letter to the Court on November 21, 2017 advising that they "have agreed to submit the dispute to the American Arbitration Association."

The Court therefore directs the Clerk of the Court to close this case.

Dated: New York, New York
February 12, 2020

*RMB*

**RICHARD M. BERMAN, U.S.D.J.**

1